IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 2 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JAMES L. ROUDABUSH,            ) | |
|     Plaintiff,                          ) | Civil Action No. 7:05CV00691 |
|                                                 ) | |
| v.                                              ) | **ORDER** |
|                                                 ) | |
| GENE M. JOHNSON,                 ) | By: Hon. Glen E. Conrad |
|     Defendant.                        ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motion for a temporary restraining order shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

ENTER: This 12th day of January, 2006.

_____
United States District Judge