# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 2 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

JAMES L. ROUDABUSH,  )
     Plaintiff,  )     Civil Action No. 7:05CV00691
    )
v.  )     **ORDER**
    )
GENE M. JOHNSON,  )     **By: Hon. Glen E. Conrad**
     Defendant.  )     **United States District Judge**

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the plaintiff's motion for a temporary restraining order shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

**ENTER**: This _12th_ day of January, 2006.

_____
United States District Judge