CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 3 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES L. ROUDABUSH,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:05CV00691 |
| v. | )<br>) | **ORDER** |
| GENE M. JOHNSON,<br>    Defendant. | )<br>)<br>) | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1. The plaintiff's motion to amend his request for a temporary restraining order (docket #26) is **GRANTED**; and

2. The plaintiff's motion for a temporary restraining order (docket #25) is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

**ENTER**: This 3rd day of February, 2006.

_____
United States District Judge