CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 3 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES L. ROUDABUSH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05CV00691 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it now

### ORDERED

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court; and

2. The following pending motions are **DENIED**: plaintiff's motion for extension of time (docket #10); plaintiff's motion for reconsideration (docket #11); plaintiff's "motion for protective order" (docket #14); plaintiff's motion for discovery (docket #15); and plaintiff's motion to amend relief (docket #23).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

ENTER: This 3rd day of February, 2006.

_____
United States District Judge